**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Eddie Thomas Futrell, Jr,    :    **Chapter 7**

    :

    Debtor.    :    **Bky. No. 26-11173 (PMM)**

# O R D E R

AND NOW, upon consideration of the Debtors' Motion to Extend Time to File all

Missing Documents (doc. #9, the "Motion");

BUT the documents having been filed;

It is hereby **ORDERED** that the Motion is **DENIED AS MOOT**.


Date: 4/7/26

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**