United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 26-11173-pmm |
|---|---|
| Eddie Thomas Futrell, Jr | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 26, 2026 | Form ID: 318 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Eddie Thomas Futrell, Jr, 927 S 58th St, Philadelphia, PA 19143-2737 |
| 15118634 | LVNV Funding LLC/Resurgent Capital Services, Resurgent Correspondence, Attn: Bankrupt, Greenville, SC 29602 |
| 15118647 | Tbom/Cci Mc, The Bank of Missouri, Attn: Bankruptcy 9, Perryville, MO 63775 |
| 15118648 | Tbomccimc, The Bank of Missouri, Attn: Bankruptcy 9, Perryville, MO 63775 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: QRHHOLBER.COM | Jun 27 2026 04:39:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | Email/Text: megan.harper@phila.gov | Jun 27 2026 00:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | EDI: PENNDEPTREV | Jun 27 2026 04:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15118620 | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 27 2026 00:46:40 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Fl 4, Pittsburgh, PA 15212-5862 |
| 15118621 | EDI: TSYS2 | Jun 27 2026 04:39:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15118651 | Email/Text: megan.harper@phila.gov | Jun 27 2026 00:41:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Lit & Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15118624 | Email/Text: cfcbackoffice@contfinco.com | Jun 27 2026 00:40:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd Ste 400, Wilmington, DE 19808-2952 |
| 15118622 | EDI: CAPITALONE.COM | Jun 27 2026 04:39:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15118623 | + Email/Text: bankruptcy@cavps.com | Jun 27 2026 00:40:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 15118625 | + Email/Text: ebnnotifications@creditacceptance.com | Jun 27 2026 00:40:00 | Credit Acceptance, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 15118626 | Email/PDF: creditonebknotifications@resurgent.com | Jun 27 2026 00:46:05 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15118627 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 27 2026 00:46:06 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15118628 | + EDI: DISCOVER | Jun 27 2026 04:39:00 | Discovercard, Po Box 30939, Salt Lake City, UT |

District/off: 0313-2                    User: admin                    Page 2 of 3

Date Rcvd: Jun 26, 2026                 Form ID: 318                   Total Noticed: 36

| | | | | |
|---|---|---|---|---|
| | | | | 84130-0939 |
| 15118629 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 27 2026 00:46:05 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15118630 | + | EDI: AMINFOFP.COM | Jun 27 2026 04:39:00 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15118631 | + | EDI: PHINGENESIS | Jun 27 2026 04:39:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15118632 | | EDI: IRS.COM | Jun 27 2026 04:39:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15118633 | + | EDI: JEFFERSONCAP.COM | Jun 27 2026 04:39:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 15118636 | | Email/Text: ml-ebn@missionlane.com | Jun 27 2026 00:40:00 | Mission Lane Llc, Po Box 105286, Atlanta, GA 30348 |
| 15118635 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2026 00:40:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 15118637 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 27 2026 00:40:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15118641 | ^ | MEBN | Jun 27 2026 00:37:05 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15118643 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2026 00:40:00 | Pnc Financial/Pnc Bank, Attn: Bankruptcy, 300Fifth Ave, Pittsburgh, PA 15222 |
| 15118644 | | EDI: PRA.COM | Jun 27 2026 04:39:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 15118638 | ^ | MEBN | Jun 27 2026 00:37:08 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 15118639 | | EDI: PENNDEPTREV | Jun 27 2026 04:39:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15118640 | + | Email/Text: bankruptcy@petalcard.com | Jun 27 2026 00:40:06 | Petal Card 1/Webbank, Attn: Bankruptcy Dept, Po Box 105168, Atlanta, GA 30348-5168 |
| 15118642 | | Email/Text: bankruptcy@philapark.org | Jun 27 2026 00:41:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15118645 | + | EDI: AGFINANCE.COM | Jun 27 2026 04:39:00 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 15118646 | | EDI: SYNC | Jun 27 2026 04:39:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 15118649 | ^ | MEBN | Jun 27 2026 00:37:08 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 15118650 | ^ | MEBN | Jun 27 2026 00:36:57 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0313-2        User: admin        Page 3 of 3

Date Rcvd: Jun 26, 2026        Form ID: 318        Total Noticed: 36

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| MICHAEL A. CIBIK | on behalf of Debtor Eddie Thomas Futrell  Jr help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Eddie Thomas Futrell Jr<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–3624<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    Eastern District of Pennsylvania | | |
| Case number:    26–11173–pmm | | |

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Eddie Thomas Futrell Jr

6/25/26

**By the court:** Patricia M. Mayer
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**